UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        **ORDER**
                                04-CV-5546 (DRH) (ETB)

                Plaintiff,

        -against-


DONNA TREUTLEIN, a/k/a DONNA
STOERBACK,

                Defendant.
-------------------------------------------------------------X

**A P P E A R A N C E S**

**MICHAEL T. SUCHER**
Attorney for Plaintiff
26 Court Street, Suite 2412
Brooklyn, NY 11242
By: Michael T. Sucher, Esq.


**HURLEY, District Judge**:

      On October 25, 2005, United States Magistrate Judge E. Thomas Boyle, acting pursuant to 28 U.S.C. § 636(b), issued a report and recommendation on the above-captioned case, recommending that the United States be awarded damages against Defendant Donna Treutlein in the amount of $5,525.68, plus attorney's fees in the amount of $1,102.63, for a total of $6,628.31.

      More than ten days have elapsed since Judge Boyle issued his Report and Recommendation, and neither party has filed any objections to it. Pursuant to 28 U.S.C. §

636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the Report and Recommendation for clear error, has found none, and concurs in both its reasoning and its result. Accordingly, this Court now ADOPTS Judge Boyle's October 25, 2005 Report and Recommendation as if set forth herein, and ORDERS that the United States be awarded damages against Defendant Donna Treutlein in the amount of $6,628.31. The Clerk of Court is directed to CLOSE this case.

**SO ORDERED.**

Dated: Central Islip, N.Y.  
      December 6, 2005

/s/  
Denis R. Hurley  
United States District Judge